1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

| ESET, LLC, | Case No.:  16-CV-1704-CAB (BGS) |

12

Plaintiff,

**ORDER GRANTING FINJAN, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL**
**[Doc. No. 19]**

13

v.

14

FINJAN, INC.,

15

Defendant.

16
17
18

The Court has considered Finjan, Inc.'s (Finjan") Motion to File Documents Under

19

Seal, [Doc. No. 19], regarding:

20

| Identification of the documents to be sealed | Entity that designated the information to be confidential | Reasons for Sealing and Citations |
|---|---|---|
| Finjan's Reply Memorandum in support of its Motion to Dismiss or Transfer ESET, LLC.'s | Finjan and ESET | Contains confidential settlement negotiations between the parties. *See* Declaration of Lisa |

21
22
23
24
25
26
27
28

1

| Complaint for Declaratory Judgment Motion to Dismiss or Stay at page 5, lines 20-24, and page 6, line 2. | | Kobialka in support of Finjan's Administrative Motion at ¶ 3. |
|---|---|---|
| Declaration of Lisa Kobialka in support of Finjan's Reply ("Kobialka Decl."), Exhibit 7 in its entirety | Finjan and ESET | Contains confidential settlement negotiations between the parties.  *See* Declaration of Lisa Kobialka in support of Finjan's Administrative Motion at ¶ 4. |

Upon consideration of this motion and the declaration of Lisa Kobialka filed in support of the motion, and good cause appearing the Court hereby **GRANTS** Finjan's Motion to File the Documents set forth above under seal.

**IT IS SO ORDERED.**

Dated:  August 17, 2016

_____
Hon. Cathy Ann Bencivengo
United States District Judge